CQ-386-online

**FILED**

APR - 9 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
# For the District of Columbia

*Novelty Distributors, Inc.*

Plaintiff

vs

*Michele Leonart, et al*

Defendant

Civ   Case: 1:08-cv-00635
Assigned To : Collyer, Rosemary M.
Assign. Date : 4/9/2008
Description: TRO/PI

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for  Novelty, Inc., d/b/a Greenfield Labs   certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  Novelty, Inc., d/b/a Greenfield Labs   which have any outstanding securities in the hands of the public:

There are no parent companies, subsidiaries or affiliates of Novelty, Inc., d/b/a Greenfield Labs which have outstanding securities in the hands of the public

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

D.C. Bar 407414
BAR IDENTIFICATION NO.

Jonathan W. Emord
Print Name

11808 Wolf Run Lane
Address

Clifton         VA         20124
City            State      Zip Code

202-466-6937
Phone Number

2