UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| **NOVELTY DISTRIBUTORS, INC.,** **D/B/A GREENFIELD LABS,** **Plaintiff,** v. **Michele Leonhart,** **In her official capacity as** **Acting Administrator of the** **Drug Enforcement Administration, et al.,** **Defendants.** | Case No. 08cv00635(RMC) |

NOTICE OF FILING OF MOTION FOR PRELIMINARY INJUNCTION
PURSUANT TO PROTECTIVE ORDER

Plaintiff Novelty Distributors, Inc., by counsel and pursuant to Local Civil Rule 5.1, hereby submits this notice that it is filing today in paper its motion for preliminary injunction, memorandum of points and authorities, draft order and seventeen exhibits with the clerk's office. A CD with PDFs of those documents also accompanies the filing. Yesterday Novelty filed electronically its Motion for a Protective Order for its Motion for Preliminary Injunction seeking the court's permission to have the entire motion for preliminary injunction and all attachments thereto kept off the public docket. If the court grants that motion then Novelty will submit redacted versions of all of those documents that may be placed on the public docket.

2

Respectfully submitted,


_/s/_____
Jonathan W. Emord (407414)
Andrea G. Ferrenz (460512)
Peter A. Arhangelsky
*Counsel for Novelty*

Emord & Associates, P.C.
11808 Wolf Run Lane
Clifton, VA  20124
Ph:  (202) 466-6937
Fx:  (202) 466-6938
jemord@emord.com

Date Submitted:  April 16, 2008