**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | |
|---|---|
| **NOVELTY DISTRIBUTORS, INC.,**<br>**D/B/A GREENFIELD LABS,**<br>　　　　　　**Plaintiff,**<br><br>**v.**<br><br>**MICHELE LEONHART,**<br>**In her official capacity as**<br>**Acting Administrator of the**<br>**Drug Enforcement Administration; et al,**<br><br>　　　　　**Defendants.** | **Case No. 08cv00635 (RMC)** |

**MOTION FOR LEAVE TO FILE A DVD VIDEO AS ATTACHMENT 3 TO
EXHIBIT 4 TO NOVELTY'S MEMORANDUM IN SUPPORT OF ITS MOTION
FOR PRELIMINARY INJUNCTION**

Plaintiff Novelty Distributors, Inc. ("Novelty"), by counsel, respectfully submits

this Motion for Leave to File a DVD video as Attachment 3 to Exhibit 4 to Novelty's

Memorandum in Support of its Motion for Preliminary Injunction.

In accordance with Local Civil Rule 7(a) Novelty is attaching a Memorandum of

Points and authorities as grounds for its Motion.

Pursuant Local Civil Rule 7 (m), counsel for Plaintiff has attempted to confer with

US Department of Justice attorneys regarding the relief sought by this Motion. The case is

not yet assigned to a staff attorney, however, since it was filed last week. Plaintiff counsel

spoke with a Department of Justice staff attorney (not assigned to this case) to identify the

attorney with whom she should confer and was unable to obtain that identification in time for

this submission which needs to be associated with the motion for preliminary injunction to

which it pertains.

Respectfully Submitted,


_____/s/_____
Jonathan W. Emord, (DC Bar 407414)
Andrea G. Ferrenz, (DC Bar 460512)
Attorneys for Plaintiff


Emord & Associates, P.C.
11808 Wolf Run Lane
Clifton, VA  20124
Ph:  (202) 466-6937
Fx:  (202) 466-6938
jemord@emord.com

Dated:  April 16, 2008

**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | |
|---|---|
| **NOVELTY DISTRIBUTORS, INC.,** | |
| **D/B/A GREENFIELD LABS,** | |
| **Plaintiff,** | |
| | |
| **v.** | |
| | |
| **MICHELE LEONHART,** | **Case No. 08cv00635 (RMC)** |
| **In her official capacity as** | |
| **Acting Administrator of the** | |
| **Drug Enforcement Administration; et al** | |
| | |
| **Defendants.** | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
NOVELTY'S MOTION FOR LEAVE TO FILE**

On April 15, 2008, Plaintiff Novelty Distributors, Inc. ("Novelty") filed a

Memorandum in Support of its Motion for Preliminary Injunction.  Within its Motion for

Preliminary Injunction, Novelty requested injunctive relief against the Immediate

Suspension Order in DEA's January 27, 2008 Order to Show Cause and Immediate

Suspension Registration of Novelty Distributors d/b/a Greenfield Labs, suspending

Novelty's Certificate of Registration as a distributor of list I chemicals.  See 21 U.S.C.

824 (d) (providing for immediate suspension of registration in cases where continued

registration represents "an imminent danger to public health and safety," and providing

for dissolution of that suspension by a court of competent jurisdiction).

As support for its Motion and Memorandum in Support, Novelty filed the April

14, 2008 Affidavit of Mark Bledsoe, Director of Category Management for Novelty, Inc,

as Exhibit 4.  Attachment three to that affidavit would be the DVD that is the subject of

this motion.   That Affidavit and its associated attachments are both material and relevant

to this Court's consideration of those factors supporting Novelty's Motion for

3

Preliminary Injunction.  On the DVD is a short training program approximately 10 minutes long.  Within his Affidavit and the Attachments thereto, Bledsoe describes the comprehensive training program Novelty has undertaken to make sure that its customers understand their legal responsibilities under applicable DEA regulations and statutes. Bledsoe cites the Indiana-specific DVD training program (Attachment 3 to Exhibit 4) as an example of the extensive array of training materials Novelty has produced and supplied to its customers.

The fact that Novelty has produced such training programs to ensure that its customers will comply with both federal and state regulations regarding SLC's demonstrates its commitment to the prevention of diversion.  It is both material and relevant to the question whether the continued registration of Novelty presents an "immanent danger to public health and safety."  Such examination of Novelty's commitment to, and success in, preventing diversion, is particularly relevant to this Court's consideration of the preliminary injunction factors.  See Mova Pharm. Corp v. Shalala, 140 F.3d 1060, 1066 (D.C. Cir. 1998)(setting out the four factors a court must consider in deciding whether to issue a preliminary injunction, including 1) whether the movant has shown a substantial likelihood of success on the merits; 2) whether the movant would suffer irreparable injury if the injunction is not granted; 3) whether the issuance of a preliminary injunction would cause substantial harm to other interested parties; and 4)  whether the public interest would be served by the issuance of an injunction.)

Attachment 3 to Exhibit 4, the DVD, is particularly relevant to a showing that Novelty is likely to succeed on the merits.  The considerable effort undertaken and

4

expense incurred by Novelty not only to comply with but to exceed the requirements of the applicable laws and regulations is helpful in assessing the absence of an imminent danger to the public health and safety associated with its continued registration. 21 U.S.C. § 823(h)(1-2). Viewing the brief program will assist the trier of fact on the pending motion for preliminary injunction because its content reflects the attention to detail and diligence of this company in its compliance efforts (compliance with both state and federal requirements). Such materials are also relevant to a finding that a preliminary injunction would not cause substantial harm to other interested parties and that the public interest would be served by the issuance of an injunction.

In sum, good cause exists to grant Novelty leave to file this Attachment 3 to Exhibit 4 in DVD format. Attachment 3 to Exhibit 4 of Novelty's Memorandum in Support of its Motion for Preliminary Injunction is both relevant and material to Novelty's case in its current format. Therefore, Novelty respectfully requests the Court's leave to file this Attachment in DVD format for viewing and consideration by the Court.

Respectfully Submitted,


_____/s/_____
Jonathan W. Emord, (DC Bar 407414)
Andrea G. Ferrenz, (DC Bar 460512)
Attorneys for Plaintiff


Emord & Associates, P.C.
11808 Wolf Run Lane
Clifton, VA  20124
Ph:  (202) 466-6937
Fx:  (202) 466-6938
jemord@emord.com

Dated:  April 16, 2008

## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

**NOVELTY DISTRIBUTORS, INC.,**
**D/B/A GREENFIELD LABS,**
          **Plaintiff,**

**v.**

**MICHELE LEONHART,**         **Case No. 08cv00635 (RMC)**
**In her official capacity as**
**Acting Administrator of the**
**Drug Enforcement Administration; et al**

         **Defendants.**

## PROPOSED ORDER

Upon consideration of Plaintiff Novelty, Inc.'s Motion for Leave to File

Attachment 3 to Exhibit 4 of Novelty's Memorandum in Support of its Motion for

Preliminary Injunction, it is hereby

ORDERED, that the motion is GRANTED, and it is further

ORDERED, that leave is hereby granted to Novelty, Inc. to file Attachment 3 to Exhibit 4

of Novelty's Memorandum in Support of its Motion for Preliminary Injunction in DVD

format.

 

                      _____

                      UNITED STATES DISTRICT COURT

Date: