UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

**NOVELTY DISTRIBUTORS, INC.,**
**D/B/A GREENFIELD LABS,**

        **Plaintiff,**

  v.

**Michele Leonhart,**
**In her official capacity as**
**Acting Administrator of the**
**Drug Enforcement Administration, et al.,**

        **Defendants.**

Case No. 08cv00635(RMC)

### NOTICE OF FILING OF DVD, ATTACHMENT 3 TO EXHIBIT 4 TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION, PURSUANT TO PROTECTIVE ORDER

    Novelty Distributors Inc. (hereinafter "Novelty"), by counsel and pursuant to this Court's order on April 18, 2008, hereby submits this notice that it is filing tomorrow by overnight delivery (sent today) two copies of the DVD that is Attachment 3 to Exhibit 4 to Plaintiff's Motion for Preliminary Injunction.  The Motion for Preliminary Injunction was filed in paper form on April 16, 2008 with all exhibits and attachments except for Attachment 3 to Exhibit 4.  Novelty's Motion for Leave to file Attachment 3 to Exhibit 4 and its motion for a protective order on the motion for preliminary injunction's confidential information were granted on April 18, 2008.  This DVD is subject to that protective order.  The DVDs are marked with the case number, the motion name, exhibit number and attachment number.   It is also marked "Subject to protective order."  The Certificate of Service for service of the DVD on opposing counsel is attached to this Notice.

                                        Respectfully submitted,

                                        _/s/_____
                                        Jonathan W. Emord (407414)
                                        Andrea G. Ferrenz (460512)
                                        Peter A. Arhangelsky
                                        *Counsel for Novelty*

Emord & Associates, P.C.
11808 Wolf Run Lane
Clifton, VA  20124
Ph:  (202) 466-6937
Fx:  (202) 466-6938
jemord@emord.com

Date Submitted:  April 21, 2008

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| **NOVELTY DISTRIBUTORS, INC., D/B/A GREENFIELD LABS,**<br><br>      **Plaintiff,**<br><br> vi.<br><br>**Michele Leonhart,**<br>**In her official capacity as**<br>**Acting Administrator of the**<br>**Drug Enforcement Administration, et al.,**<br><br>      **Defendants.** | Case No. 08cv00635(RMC) |

CERTIFICATE OF SERVICE

I, Andrea G. Ferrenz, on April 21, 2008, caused to be served by overnight mail a DVD that is Attachment 3 to Exhibit 4 of Plaintiff's Motion for Preliminary Injunction on counsel for the Defendants at the below address:

Lee Reeves
US Department of Justice
Federal Programs Branch
Civil Division
20 Massachusetts Ave. NW
Washington DC 20530


_____/s/_____
Andrea G. Ferrenz