UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

**NOVELTY DISTRIBUTORS, INC.,**
**D/B/A GREENFIELD LABS,**

        **Plaintiff,**

   v.                                                          Case No. 08cv00635(RMC)

**Michele Leonhart,**
**In her official capacity as**
**Acting Administrator of the**
**Drug Enforcement Administration, et al.,**

        **Defendants.**

**NOTICE OF FILING OF SURREBUTTAL OF JOANNA SHEPHERD (WITH ATTACHMENT) AS EXHIBIT 18 TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION, PURSUANT TO PROTECTIVE ORDER**

Novelty Distributors Inc. (hereinafter "Novelty"), by counsel and pursuant to this Court's order on April 18, 2008, hereby submits this notice that it is filing tomorrow by overnight delivery (sent today) two copies of the proposed Exhibit 18 to Plaintiff's Motion for Preliminary Injunction with Attachment A. Attachments B and C were filed electronically with the Motion for Leave to Supplement filed on ECF April 23, 2008. Novelty's Motion for Protective Order on the motion for preliminary injunction's confidential information was granted on April 18, 2008. Exhibit 18 and its Attachment A contain confidential market and company information to Novelty and are thus subject to that order and are enclosed in an envelope marked "DOCUMENTS SUBJECT TO PROTECTIVE ORDER." The envelope is also labeled with the title of the Court and case caption. The Certificate of Service for service of the exhibit on opposing counsel is attached to this Notice.

                                                  Respectfully submitted,


                                                  _/s/_ Jonathan W. Emord_____
                                                  Jonathan W. Emord (407414)
                                                  Andrea G. Ferrenz (460512)
                                                  Nathaniel H. Wadsworth
                                                  *Counsel for Novelty*

Emord & Associates, P.C.
11808 Wolf Run Lane
Clifton, VA  20124
Ph:  (202) 466-6937
Fx:  (202) 466-6938
jemord@emord.com

Date Submitted:  April 23, 2008

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| **NOVELTY DISTRIBUTORS, INC.,** **D/B/A GREENFIELD LABS,**  **Plaintiff,**  vi.  **Michele Leonhart,** **In her official capacity as** **Acting Administrator of the** **Drug Enforcement Administration, et al.,**  **Defendants.** | Case No. 08cv00635(RMC) |

CERTIFICATE OF SERVICE

I, Jonathan W. Emord, on April 23, 2008, caused to be served by overnight mail proposed Exhibit 18 with Attachment A of Plaintiff's Motion for Preliminary Injunction on counsel for the Defendants at the below address:

Lee Reeves
US Department of Justice
Federal Programs Branch
Civil Division
20 Massachusetts Ave. NW
Washington DC 20530

\_\_\_\_/s/\_Jonathan W. Emord\_\_\_
Jonathan W. Emord