AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

NOVELTY DISTRIBUTORS INC.
d/b/a GREENFIELD LABS

**SUMMONS IN A CIVIL CASE**

V.

Michele Leonart, in her official capacity as
Acting Administrator, U.S. Drug Enforcement
Administration, et. al.

CASE N

Case: 1:08-cv-00635
Assigned To : Collyer, Rosemary M.
Assign. Date : 4/9/2008
Description: TRO/PI

TO: (Name and address of Defendant)

U.S. Drug Enforcement Administration
Mailstop: AES
2401 Jefferson Davis Highway
Alexandria, VA  22301

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jonathan W. Emord
Andrea G. Ferrenz
Emord & Associates
11808 Wolf Run Lane
Clifton, VA 20124

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                           APR - 9 2008

CLERK                                              DATE

_(signature)_
(BY) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 4/17/2008 |
| NAME OF SERVER (PRINT) Jackie L. Kurtis | TITLE Associate |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Served via Express Mail, Return Receipt for Overnight Delivery to: US Drug Enforcement Administration, Mailstop: AES, 2401 Jefferson Davis Highway, Alexandria VA 22301-1055 Signed for By: C Jordan 4/21/2008, Tracking EB 914322566US

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/24/2008
           Date

Signature of Server

11808 Wolf Run Lane, Clifton VA 20124
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.