AO 440  (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

NOVELTY DISTRIBUTORS INC.
d/b/a GREENFIELD LABS

**SUMMONS IN A CIVIL CASE**

V.

Michele Leonart, in her official capacity as
Acting Administrator, U.S. Drug Enforcement
Administration, et. al.

CAS

Case: 1:08-cv-00635
Assigned To : Collyer, Rosemary M.
Assign. Date : 4/9/2008
Description: TRO/PI

TO: (Name and address of Defendant)

Michele Leonhart, Acting Administrator
U.S. Drug Enforcement Administration
Mailstop: AES
2401 Jefferson Davis Highway
Alexandria, VA  22301

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jonathan W. Emord
Andrea G. Ferrenz
Emord & Associates
11808 Wolf Run Lane
Clifton, VA 20124

an answer to the complaint which is served on you with this summons, within _____60_____ days after service
of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

CLERK

APR - 9 2008

DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 4/17/2008 |

| NAME OF SERVER (PRINT) Jackie L. Kurtis | TITLE Associate |
|---|---|

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant.  Place where served: _____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

☑ Other (specify): Via USPS Express Mail To: Michele Leonhart, Administrator,
US Drug Enforcement Admin. Mailstop: AES, 2401 Jefferson Davis
Highway, Alexandria, Va. 22301-1055
Tracking No. EB 914 322 570 US, Delivered 4/21/2008, By C. Jordan

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/24/2008
    Date

            _____
            *Signature of Server*

        11808 Wolf Run Lane, Clifton VA 20124
        *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.