UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| NOVELTY DISTRIBUTORS, INC., D/B/A GREENFIELD LABS, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. CV 08-00635 (RMC) |
| MICHELE LEONHART, In her official capacity as Acting Administrator of the Drug Enforcement Administration, *et al.*, | ) ) ) ) ) |
| Defendants. | ) ) |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT:

PLEASE TAKE NOTICE that C. LEE REEVES, United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters his appearance in the above-captioned matter as a counsel of record for defendants.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

ARTHUR R. GOLDBERG
Assistant Director
Federal Programs Branch

           /s/
C. LEE REEVES
Department of Justice, Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7109
Washington, D.C. 20530
Tel: 202-514-4805
Fax: 202-616-8470
*Attorneys for Defendant*