UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NOVELTY DISTRIBUTORS, INC., )<br>D/B/A GREENFIELD LABS, )<br>           )<br>    Plaintiff,   )<br>           )<br>    v.       )     No. CV 08-00635 (RMC)<br>           )<br>MICHELE LEONHART,   )<br>In her official capacity as Acting Administrator )<br>of the Drug Enforcement Administration, *et al.*, )<br>           )<br>    Defendants.   )<br>           ) | |

**DEFENDANTS' MOTION TO STAY SUMMARY JUDGMENT PENDING DEFENDANTS' RESPONSE TO PLAINTIFF'S COMPLAINT AND TO EXTEND THE TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendants Drug Enforcement Administration, Drug Enforcement Administration Acting Administrator Michele Leonhart, Attorney General Michael Mukasey, United States Department of Justice, and United States of America (collectively "defendants") seek a stay of Novelty's motion for partial summary judgment and an extension of time to respond to the complaint. A memorandum in support of this motion is attached.

Pursuant to Local Civil Rule 7(m), undersigned counsel contacted Novelty's counsel to obtain Novelty's view on this motion. Novelty does not consent to this motion.

                    Respectfully submitted,

                    JEFFREY A. TAYLOR
                    United States Attorney

                    ARTHUR R. GOLDBERG
                    Assistant Director

    Federal Programs Branch

    _____/s/_____
    C. LEE REEVES
    Department of Justice, Federal Programs Branch
    20 Massachusetts Avenue, N.W., Room 7109
    Washington, D.C. 20530
    Tel: 202-514-4805
    Fax: 202-616-8470
    *Attorneys for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| NOVELTY DISTRIBUTORS, INC., <br> D/B/A GREENFIELD LABS, <br><br> Plaintiff, <br><br> v. <br><br> MICHELE LEONHART, <br> In her official capacity as Acting Administrator <br> of the Drug Enforcement Administration, *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | <br><br><br><br><br> No. CV 08-00635 (RMC) |

**DEFENDANTS' MEMORANDUM IN SUPPORT OF ITS MOTION TO STAY SUMMARY JUDGMENT PENDING DEFENDANTS' RESPONSE TO PLAINTIFF'S COMPLAINT AND TO EXTEND THE TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendants Drug Enforcement Administration, Drug Enforcement Administration Acting Administrator Michele Leonhart, Attorney General Michael Mukasey, United States Department of Justice, and United States of America (collectively "defendants") seek a stay of Novelty's motion for partial summary judgment and an extension of time to respond to the complaint. On April 9, 2008, plaintiff Novelty Distributors ("Novelty") filed its complaint in the above-styled case. Six days later, on April 15, Novelty filed a motion for a preliminary injunction. Thirteen days after that, on April 28, and in violation of Federal Rule 56(a), Novelty filed its motion for partial summary judgment on its First Amendment claim. *See* Fed. R. Civ. P. 56(a) (requiring party to wait 20 days from filing of complaint until filing for summary judgment).

Novelty's violation of Rule 56 aside, defendants anticipate filing a motion to dismiss on jurisdictional grounds as to Novelty's entire complaint. As will be explained more fully in

defendants' response to Novelty's preliminary injunction motion to be filed on May 7, 2008, defendants contend that jurisdiction is not proper in this Court. It would place an unwarranted and unnecessary burden on the parties and this Court to deal with Novelty's claims in piecemeal fashion. Moreover, it is unduly burdensome to ask defendants to brief and respond to Novelty's motion for a preliminary injunction and its motion for partial summary judgment virtually simultaneously, particularly in light of the hundreds of pages of exhibits collectively attached to Novelty's two motions, to say nothing of the fact that these responses would both be due before half of the defendants' time to respond to Novelty's complaint would have run. *See* Fed. R. Civ. P. 12(a)(2) (giving Government 60 days to respond to complaint).

Pursuant to the parties' agreement and the Court's April 24, 2008 Order, defendants' response to Novelty's motion for a preliminary injunction is due May 7. Under D.C. Local Rule 7(b), defendants' response to Novelty's motion for partial summary judgment is due May 9, but defendants' time to respond to the complaint does not run until June 9, 2008. Because it is more sensible and efficient to address the jurisdictional issues defendants will raise in their motion to dismiss, defendants request a stay of further briefing on Novelty's motion for partial summary judgment until after the filing and resolution of defendants' contemplated motion to dismiss.

Additionally, defendants respectfully request that this Court grant an extension of time to respond to Novelty's complaint until July 9, as defendants' efforts to date have focused on responding to Novelty's emergency motion for injunctive relief. Moreover, undersigned counsel anticipates traveling for unrelated work matters from approximately June 8 through June 12. Accordingly, defendants seek an extension of thirty (30) days beyond the June 9 deadline when defendants' response to Novelty's complaint otherwise would be due.

Accordingly, defendants seek from this Court:

(i)     A stay of Novelty's summary judgment motion pending the resolution of defendants' response to the complaint;

(ii)     An extension of time of thirty (30) days to file the motion to dismiss Novelty's complaint until July 9, 2008.

## **CONCLUSION**

For the foregoing reasons, defendants respectfully request that the Court issue the relief requested above.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

ARTHUR R. GOLDBERG
Assistant Director
Federal Programs Branch

      /s/
C. LEE REEVES
Department of Justice, Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7109
Washington, D.C. 20530
Tel: 202-514-4805
Fax: 202-616-8470
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NOVELTY DISTRIBUTORS, INC., <br> D/B/A GREENFIELD LABS, <br><br> Plaintiff, <br><br> v. <br><br> MICHELE LEONHART, <br> In her official capacity as Acting Administrator <br> of the Drug Enforcement Administration, *et al.*, <br><br> Defendants. | No. CV 08-00635 (RMC) |

**[Proposed] ORDER**

Upon consideration of Defendants' Motion to Stay Summary Judgment Pending Defendants' Response to Plaintiff's Complaint and to Extend the Time to Respond to Plaintiff's Complaint, it is hereby ORDERED that the motion is GRANTED.

Dated: _____.

_____
UNITED STATES DISTRICT JUDGE