UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| **NOVELTY DISTRIBUTORS, INC.,**<br>**D/B/A GREENFIELD LABS,**<br><br>             **Plaintiff,**<br><br>v.<br><br>**Michele Leonhart,**<br>**In her official capacity as**<br>**Acting Administrator of the**<br>**Drug Enforcement Administration; et al.**<br><br>             **Defendants.** | Case No. 08cv00635 (RMC) |

## ERRATUM TO FILING OF FOUR RETURN OF SERVICE AFFIDAVITS FOR PROOF OF SERVICE OF SUMMONS AND COMPLAINT

Novelty Distributors d/b/a Greenfield Labs ("Novelty"), by counsel, hereby submits this Erratum to its April 24, 2008 filing of its four Return of Service Affidavits. The requisite proof of mailing and delivery were omitted from the Return of Service Affidavits, which were filed electronically as Docket Entries 10, 11, 14, and 15.  As instructed by the Office of the Clerk, Plaintiff hereby submits additional proof of service attached to this erratum as Exhibit 1.

a. Pages 1 and 2 correspond to Docket Entry # 10, Return of Service/Affidavit of Summons and Complaint as to Drug Enforcement Administration.  Page 1 is a printout of the USPS delivery information for Express Mail Item EB914322566US, which contained a Summons addressed to: US Drug Enforcement Administration, Mailstop: AES, 2401 Jefferson Davis Highway, Alexandria, VA  22301-1055, signed by C. Jordan on April 21, 2008.  As of the date of this filing, the return receipt green card has not been returned to Plaintiff.   Page 2 is a copy of the envelope for Express Mail Item EB914322566US.

  b. Pages 3 and 4 correspond to Docket Entry # 11, Return of Service/Affidavit of Summons and Complaint as to Michele Leonhart. Page 3 is a printout of the USPS delivery information for Express Mail Item EB914322570US, which contained a Summons addressed to: Michele Leonhart, Administrator, US Drug Enforcement Administration, Mailstop: AES, 2401 Jefferson Davis Highway, Alexandria, VA 22301-1055, signed by C. Jordan on April 21, 2008. As of the date of this filing, the return receipt green card has not been returned to Plaintiff. Page 4 is a copy of the envelope for Express Mail Item EB914322570US.

  c. Page 5 corresponds to Docket Entry # 14, Return of Service/Affidavit of Summons and Complaint Executed on Attorney General. Page 5 is the return receipt green card for a Summons addressed to: Michael B. Mukasey, Office of the Attorney General, U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001.

  d. Page 6 corresponds to Docket entry # 15, Return of Service/Affidavit of Summons and Complaint Executed as to the US Attorney. Page 6 is the return receipt green card for a Summons addressed to: Jeffrey A. Taylor, U.S. Attorney, US Attorney's Office for the District of Columbia, 555 4th Street, NW, Washington, DC 20530.

            Respectfully Submitted,

            _____/s/_____
            Jonathan W. Emord, (DC Bar 407414)
            Andrea G. Ferrenz, (DC Bar 460512)
            Attorneys for Plaintiff

Emord & Associates, P.C.
11808 Wolf Run Lane
Clifton, VA 20124
Ph: (202) 466-6937
Fx: (202) 466-6938
jemord@emord.com

Dated: May 13, 2008

2

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| **NOVELTY DISTRIBUTORS, INC.,** **D/B/A GREENFIELD LABS,** | |
| **Plaintiff,** | |
| v. | |
| **Michele Leonhart,** **In her official capacity as** **Acting Administrator of the** **Drug Enforcement Administration; et al.** | Case No. 08cv00635 (RMC) |
| **Defendants.** | |

**ERRATUM TO APRIL 24, 2008 FILING OF FOUR RETURN OF SERVICE/AFFIDAVITS OF SUMMONS AND COMPLAINT**

**EXHIBIT 1**

**UNITED STATES POSTAL SERVICE**

Date: 04/24/2008

The following is in response to your 04/24/2008 request for delivery information on your Express Mail item number EB91 4322 566U S. The delivery record shows that this item was delivered on 04/21/2008 at 11:50 AM in SPRINGFIELD, VA 22152 to C JORDAN. The scanned image of the recipient information is provided below.

Signature of Recipient: 

Address of Recipient: 

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service

Exhibit 1
1 of 6

U.S. Drug Enforcement
Administration
Mailstop: AES
2401 Jefferson Davis Highway
Alexandria, VA 22301

EB91432256US

3. Service Type
☐ Certified Mail   ☒ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

PS Form 3811, February 2004    Domestic Return Receipt    5057D    102595-02-M-1540

FLAT RATE ENVELOPE
FLAT RATE POSTAGE
REGARDLESS OF WEIGHT
DOMESTIC USE ONLY

EXTREMELY URGENT  Please Rush To Addressee

CALL 1-800-222-1811 FOR PICKUP OR TRACKING OF ALL YOUR PACKAGES

EXPRESS MAIL
POSTAGE REQUIRED
DOMESTIC USE ONLY

EXPRESS MAIL
Post Office To Addressee
Mailing Label
Label 11-B, March 2004

FROM: (PLEASE PRINT)  PHONE (602) 334-4415
Jonathan W. Emord
Emord + Associates
3730 S Val Vista Dr #117
Gilbert AZ 85295

TO: (PLEASE PRINT)  PHONE (   )
US Drug Enforcement + Admin
Mailstop: AES
2401 Jefferson Davis Highway
Alexandria VA 22301-1055

ZIP + 4: 2 2 3 0 1 + 1 0 5 5

Exhibit 1
2 of 6

UNITED STATES POSTAL SERVICE

Date: 04/24/2008

The following is in response to your 04/24/2008 request for delivery information on your Express Mail item number EB91 4322 570U S. The delivery record shows that this item was delivered on 04/21/2008 at 11:50 AM in SPRINGFIELD, VA 22152 to C JORDAN. The scanned image of the recipient information is provided below.

Signature of Recipient:



Address of Recipient:



Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service

Exhibit 1
3 of 6

1. Article Addressed to:

Michele Leonhart, Administrator
U.S. Drug Enforcement Administration
Mailstop: AES
2401 Jefferson Davis Highway
Alexandria, VA 22301

If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail   ☒ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number: EB9143225570US

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

FLAT RATE ENVELOPE
FLAT RATE POSTAGE REGARDLESS OF WEIGHT
DOMESTIC USE ONLY

PRESS HARD. YOU ARE MAKING 3 COPIES.

FOR PICKUP OR TRACKING
Visit WWW.USPS.COM

ORIGIN (POSTAL SERVICE USE ONLY)

PO ZIP Code
Date Accepted
Mo. Day Year
Time Accepted ☐ AM ☐ PM
Flat Rate ☐ or Weight  lbs.  ozs.

FROM: (PLEASE PRINT)  PHONE ( 602 ) 334-4415

Jonathan W. Emord
Emord + Associates
2730 S. Val Vista Dr
Suite 117
Gilbert AZ 85295

Day of Delivery
☐ Next ☐ 2nd ☐ 2nd Del. Day
Scheduled Date of Delivery
Month  Day
Scheduled Time of Delivery
☐ Noon ☐ 3 PM
Military
☐ 2nd Day
☐ 3rd Day
Int'l Alpha Country Code

Postage $
Return Receipt Fee $
COD Fee  Insurance Fee
$        $
Total Postage & Fees $
Acceptance Emp. Initials

EB 91432 2570 US

EXPRESS MAIL
UNITED STATES POSTAL SERVICE®
Mailing Label
Label 11-B, March 2004
Post Office To Addressee

DELIVERY (POSTAL USE ONLY)
Delivery Attempt  Time ☐ AM ☐ PM  Employee Signature
Mo. Day
Delivery Attempt  Time ☐ AM ☐ PM  Employee Signature
Mo. Day
Delivery Date  Time ☐ AM ☐ PM  Employee Signature
Mo. Day

CUSTOMER USE ONLY
PAYMENT BY ACCOUNT
Express Mail Corporate Acct. No.
Federal Agency Acct. No. or Postal Service Acct. No.

☐ WAIVER OF SIGNATURE (Domestic Mail Only)
Additional merchandise insurance is void if customer requests waiver of signature.
I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery.

NO DELIVERY ☐ Weekend ☐ Holiday
Mailer Signature [signature]

TO: (PLEASE PRINT)  PHONE ( )

Michele Leonhart, Administrator
U.S. Drug Enforcement Admin.
Mailstop: AES
2401 Jefferson Davis Highway
Alexandria, Va 22301-1055

ZIP + 4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES.)
2 2 3 0 1 + 1 0 5 5

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.

EXTREMELY URGENT
Please Rush To Addressee
CALL 1-800-222-1811 FOR PICKUP OR TRACKING OF ALL YOUR PACKAGES

Exhibit 1
4 of 6

s packaging is the property of the U.S. Postal Service and is provided solely for use in sending Express Mail. Misuse may be a violation of federal law.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Michael B. Mukasey, U.S. A.G.
Office of the Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

2. EB914322637US

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  [signature]  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  APR 2 1 2008   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail    ☒ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

50570

Exhibit 1
5 of 6

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jeffrey A. Taylor, U.S. Attorney
U.S. Attorney's Office for the
District of Columbia
555 4th Street, NW
Washington, DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
APR 21-2008

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail   ☒ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article (Transf)   EB9143226623US   J0570

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

Exhibit 1
6 of 6