AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

NOVELTY DISTRIBUTORS INC.
d/b/a GREENFIELD LABS

**SUMMONS IN A CIVIL CASE**

V.

Michele Leonart, in her official capacity as
Acting Administrator, U.S. Drug Enforcement
Administration, et. al.

CASE Case: 1:08-cv-00635
Assigned To : Collyer, Rosemary M.
Assign. Date : 4/9/2008
Description: TRO/PI

TO: (Name and address of Defendant)

U.S. Department of Justice
Office of the Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jonathan W. Emord
Andrea G. Ferrenz
Emord & Associates
11808 Wolf Run Lane
Clifton, VA 20124

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    APR - 9 2008

CLERK                                       DATE

_Maureen Higgins_
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 4/17/2008 |
| NAME OF SERVER *(PRINT)* Jackie Kurtis | TITLE Associate |

*Check one box below to indicate appropriate method of service*

G    Served personally upon the defendant. Place where served: _____

G    Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

      Name of person with whom the summons and complaint were left: _____

G    Returned unexecuted: _____

☒    Other (specify): Via USPS Express Mail to: US Department of Justice Office of the Attorney General, US Department of Justice, 950 Pennsylvania Avenue, NW, Washington DC    Tracking No: EB 943 22 521 US    Delivered 4/21/2008    Signed By A. Jennings

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

      I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    4/24/2008
                Date                 *Signature of Server*

                           11808 Wolf Run Lane, Clifton, VA 20124
                               *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   U.S. Department of Justice
   Office of the Attorney General
   U.S. Department of Justice
   950 Pennsylvania Avenue, NW
   Washington, DC 20530-0001

2. Article Number (Transfer from service label)
   EB9143225210S

PS Form 3811,

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  *Ernest L Parker*
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
   APR 21 2008

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

3. Service Type
   ☐ Certified Mail    ☒ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

5570

102595-02-M-1540