UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| **NOVELTY DISTRIBUTORS, INC.,** **D/B/A GREENFIELD LABS,** <br><br> **Plaintiff,** <br><br> v. <br><br> Michele Leonhart, In her official capacity as Acting Administrator of the Drug Enforcement Administration, et al., <br><br> **Defendants.** | Case No. 08cv00635(RMC) |

**NOTICE OF FILING OF PLAINTIFF'S REPLY TO DEFENDANTS' OPPOSITION (STYLED "RESPONSE") TO MOTION FOR PRELIMINARY INJUNCTION**

Novelty Distributors Inc. (hereinafter "Novelty"), by counsel and pursuant to this Court's order on April 18, 2008, hereby submits this notice that it filed by overnight delivery (sent May 14, 2008) two copies of the Confidential Under Seal version of Plaintiff's Reply to Defendants' Opposition to Motion for Preliminary Injunction. Novelty also filed electronically the public redacted version yesterday but inadvertently left the caption notice of confidentiality on the public version. It has revised that caption to reflect the Redacted Public Copy and filed the public version electronically today, May 15, 2008.

Novelty's Motion for Protective Order on the motion for Novelty's confidential information was granted on April 18, 2008. Plaintiff's Reply contains confidential company information to Novelty and is thus subject to that order and was enclosed in an envelope marked "DOCUMENTS SUBJECT TO PROTECTIVE ORDER." The

envelope was also labeled with the title of the Court and case caption. The documents are designated confidential in the case caption.

Novelty submitted a similar Notice of Filing that accompanied its electronic filing on May 14, 2008 as Exhibit 1. Novelty served opposing counsel with a confidential copy of the documents by overnight mail on May 14, 2008 (arriving May 15, 2008).

Respectfully submitted,

_____/s/_____
Jonathan W. Emord (407414)
Andrea G. Ferrenz (460512)
Peter A. Arhangelsky
*Counsel for Novelty*

Emord & Associates, P.C.
11808 Wolf Run Lane
Clifton, VA 20124
Ph: (202) 466-6937
Fx: (202) 466-6938
jemord@emord.com

Date Submitted: May 15, 2008

2