UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **NOVELTY DISTRIBUTORS, INC.,** <br> **D/B/A GREENFIELD LABS,** <br><br> Plaintiff, <br><br> v. <br><br> **MICHELE LEONHART,** <br> In her official capacity as Acting <br> Administrator of the Drug Enforcement <br> Administration, *et al.*, <br><br> Defendants. | Civil Action No. 08-635 (RMC) |

**ORDER TO SHOW CAUSE WHY PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON THE ISSUE OF JURISDICTION SHOULD NOT BE GRANTED**

Upon consideration of Plaintiff's Motion for Summary Judgment on the Issue of Jurisdiction or, in the Absence Thereof, for Immediate Transfer to the U.S. Court of Appeals for the District of Columbia [Dkt. # 30], and the other pleadings in this case, it is hereby

**ORDERED** that, no later than June 12, 2008, Defendants shall **SHOW CAUSE** in writing why the Court should not grant Plaintiff's motion for summary judgment on the issue of the Court's jurisdiction to entertain Plaintiff's motion for a preliminary injunction [Dkt. ## 5 & 19], or in the absence thereof, for immediate transfer to the U.S. Court of Appeals for the District of Columbia.

**SO ORDERED**.

Date:  June 5, 2008

/s/
ROSEMARY M. COLLYER
United States District Judge