UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **NOVELTY DISTRIBUTORS, INC.** d/b/a **GREENFIELD LABS,** | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 08-00635 (RMC) |
| **MICHELLE LEONHART,** Acting Administrator, Drug Enforcement Administration, *et al.*, | ) ) ) ) ) | |
| Defendants. | ) ) | |

## ORDER

Upon consideration of Plaintiff's Motion for Summary Judgment on the Issue of Jurisdiction or, in the Absence Thereof, for Immediate Transfer to the U.S. Court of Appeals for the D.C. Circuit [Dkt. # 30], the Defendant's response thereto [Dkt. # 35], Plaintiff's Motion for Preliminary Injunction [Dkt. ## 7 & 19 (redacted)], the Defendant's response thereto [Dkt. # 21], and the other relevant pleadings and filings in this case, it is hereby

**ORDERED** that the Plaintiff's Motion for Summary Judgment on the Issue of Jurisdiction or, in the Absence Thereof, for Immediate Transfer to the U.S. Court of Appeals for the D.C. Circuit [Dkt. # 30] is **GRANTED** in part and **DENIED** in part; and it is

**FURTHER ORDERED** that Plaintiff's motion for summary judgment on the issue of jurisdiction to consider Plaintiff's Motion for Preliminary Injunction [Dkt. ## 7 & 19 (redacted)] is **GRANTED**; and it is

**FURTHER ORDERED** that Plaintiff's motion for immediate transfer to the U.S.

Court of Appeals for the D.C. Circuit is **DENIED**; and it is

**FURTHER ORDERED** that Plaintiff's Motion for Preliminary Injunction [Dkt. ## 7 & 19 (redacted)] is **DENIED;** and it is

**FURTHER ORDERED** that Plaintiff's Motion for Expedited Action Granting Plaintiff's Motion for Preliminary Injunction [Dkt. # 29] is **DENIED** as moot.

**SO ORDERED**.

Date: June 17, 2008                                /s/
                                        ROSEMARY M. COLLYER
                                        United States District Judge