UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

**NOVELTY DISTRIBUTORS, INC.**
**D/B/A GREENFIELD LABS,**

          **Plaintiff,**

v.

**Michele Leonhart,**
**In her official capacity as**
**Acting Administrator of the**
**Drug Enforcement Administration, et al**

          **Defendants.**

Case No. 08cv00635 (RMC)

**PLAINTIFF'S MOTION TO DISMISS CASE IN ITS ENTIRETY**

Plaintiff Novelty, Inc. (hereinafter "Novelty"), by counsel and pursuant to Federal Rules of Civil Procedure 7(b), requests that this court dismiss this case in its entirety. On September 4, 2008, the Deputy Administrator of the Drug Enforcement Administration ("DEA") served Novelty with a final order overturning the Administrative Law Judge's decision and revoking Novelty's registration. The Deputy Administrator's final order causes the immediate suspension order at issue in this case to become moot. All other claims in this suit were briefed before the Deputy Administrator at DEA (and are subsumed within her order whether she addressed them expressly or not) and will be the subject of an immediate appeal to the U.S. Court of Appeals for the D.C. Circuit. Novelty has conferred with opposing counsel regarding the dismissal of this case, and both parties are in agreement to dismiss all claims before a decision on the merits in this court.

          Respectfully submitted,

                                                    ____/s/_____
                                                    Jonathan W. Emord (407414)
                                                    Andrea G. Ferrenz (460512)
                                                      Peter A. Arhangelsky
                                                    *Counsel for Novelty Inc.*

Emord & Associates, P.C.
11808 Wolf Run Lane
Clifton, VA  20124
Ph:  (202) 466-6937
Fx:  (202) 466-6938
jemord@emord.com

Date Submitted:  September 5, 2008

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| NOVELTY DISTRIBUTORS, INC. D/B/A GREENFIELD LABS,<br><br>    Plaintiff,<br><br>v.<br><br>Michele Leonhart,<br>In her official capacity as<br>Acting Administrator of the<br>Drug Enforcement Administration, et al<br><br>    Defendants. | Case No. 08cv00635 (RMC) |

## ORDER

Upon consideration of Plaintiff's Motion to Dismiss Case in its Entirety, is hereby

ORDERED that Plaintiff's motion is granted and all claims are dismissed in their entirety.

Dated:

_____
UNITED STATES DISTRICT JUDGE

Pursuant to D.C. Local Rule 7(k), below is a list of counsel to be notified:

<u>Counsel for Plaintiff:</u>
Jonathan W. Emord, Esq.
Emord & Associates, P.C.
11808 Wolf Run Lane
Clifton, VA 20124
Tel: (202) 466-6937


<u>Counsel for Defendants:</u>
C. Lee Reeves, Esq.
Department of Justice, Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7109
Washington, D.C. 20530
Tel: (202) 514-4805